IN THE MIDDLE DISTRICT COURT
FOR THE STATE OF ALABAMA

ANGELA DENISE NAILS,

        Plaintiff

Vs.

DOTHAN SECURITY INC

        Defendant(s)

Case No. 1:07cv938-MEF

SERCRUITY HARRASSMENT

The plaintiff is suing the defendant(s) because of contract breach. The defendant(s) hired employees to protect work sites which a employee did not follow the rules and the policies of DSI. The officer on duty at Vaughn Tower Apartment did not assist during a tenant being attack by one of the other tenant who lived inside the apartment building. The plaintiff is suing the defendant(s) for $100,000.00. The mailing address for the business. 2175 Park Ave Dothan, Al 36301.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY