

IN THE UNITED STATES APPEALS COURT

ANGELA DENISE NAILS,

                Plaintiff,

Vs.                                            Case No. 1:07cv938-mEF

DOTHAN SECURITY INC,

                Defendant,

MOTION FOR APPEAL

The plaintiff is appealing the case to The United States Appeal Court from the Middle District Court Case no 07-cv-938-MEF.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY