## UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF ALABAMA**

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**                                                                             **TELEPHONE**
  CLERK                                                                           **(334) 954-3610**

**December 10, 2007**

Mr. Thomas K. Kahn, Clerk                                        USDC No. CV-07-F-00938-S
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                                                    USCA No. 07-15307-H
Atlanta, GA 30303

IN RE: ANGELA DENISE NAILS V. DOTHAN SECURITY, INC.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
    Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
    First Notice of Appeal: ____Yes, ____No    Date(s) of Other Notices: _____
Was there a hearing from which a transcript could be made:
    Yes, The Court Reporter(s) is/are:
    No                Date of Hearing(s): _____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.): _____
    IFP ___; and/or APPEALABILITY/CPC is pending in this Court.
    Court Appointed Counsel/CJA; ____Yes; ____No; Copy of Order Enclosed:
    The Appellate docket fee has been paid; ____Yes, ____No: _____ Date, Receipt# _____
    Appellant has been ____GRANTED; ____DENIED IFP, Copy of Order enclosed.
    Appellant has been ____GRANTED; ____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
    Appeal Bond, ____ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
    This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
               ____Volume(s) of Pleadings, ____ Volume(s) of Transcripts,
               ____SEALED ITEMS, ie. ____PSI(s)____; OTHER____; TAPE(s)____
               ____Volume(s) of Exhibits: ____Envelope
               _1_ Volume (s) of Original Papers

                            Sincerely,

                            DEBRA P. HACKETT, CLERK

                            By: Donna M. Norfleet
                            Deputy Clerk