**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK DEC 11 2007 ATLANTA, GA.]*

*[Stamp: RECEIVED 2007 DEC 14 P 3: 16 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

December 10, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-F-00938-S

USCA No. 07-15307-H

IN RE: ANGELA DENISE NAILS V. DOTHAN SECURITY, INC.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
____Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
____First Notice of Appeal:____Yes,____No    Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No                Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No; Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date , Receipt#_____
____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.
____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, _____ Supersedeas Bond
_X_The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
____Volume(s) of Pleadings, ____ Volume(s) of Transcripts,
____SEALED ITEMS, ie. ____PSI(s)____; OTHER____; TAPE(s)_____
____Volume(s) of Exhibits:_____Envelope
_1_Volume (s) of Original Papers

Sincerely,

DEBRA P. HACKETT, CLERK

By: Donna M. Norfleet
Deputy Clerk