Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 14, 2008

**Appeal Number: 07-15307-H**
Case Style: Angela Denise Nails v. Dothan Security, Inc.
District Court Number: 07-00938 CV-F-S ()

TO:  Angela Denise Nails

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 14, 2008

Angela Denise Nails
116 EAST ST # 46
CARROLLTON  AL  35447-2016

**Appeal Number: 07-15307-H**
Case Style: Angela Denise Nails v. Dothan Security, Inc.
District Court Number:  07-00938  CV-F-S ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 1 4 2008
THOMAS K. KAHN
CLERK
```

No. 07-15307-H

ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

DOTHAN SECURITY, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ R. Lanier Anderson
UNITED STATES CIRCUIT JUDGE