RECEIVED

2008 FEB 19 A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 13, 2008

**Appeal Number: 07-15307-H**
Case Style: Angela Denise Nails v. Dothan Security, Inc.
District Court Number: 07-00938 CV-F-S

TO:   Debra P. Hackett

CC:   Angela Denise Nails

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 13, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-15307-H**
Case Style: Angela Denise Nails v. Dothan Security, Inc.
District Court Number: 07-00938 CV-F-S

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Also enclosed is the record on appeal, as indicated below.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

ONE VOLUME

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-15307-H

---

ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

DOTHAN SECURITY, INC.,

Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 13th day of February, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Liz McDonald
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40